# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE SATTERWHITE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MARK B. BAILUS, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 75801

**FILED**

JUL 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus, or alternatively, prohibition challenges the denial of a motion to admit evidence of prior sexual knowledge and the grant of motions to admit prior bad act evidence. Because petitioner may challenge these decisions on direct appeal if he is convicted, *see* NRS 177.015(3); NRS 177.045, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *see also State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d

18-26258

777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."). Accordingly, we

ORDER the petition DENIED.[1]

_____ Pickering _, J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:  Hon. Mark B. Bailus, District Judge
     Lobo Law PLLC
     Tanasi Law Offices
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]We deny as moot the motion to stay the trial pending this court's consideration of the petition.